# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE N. HANKINS, et al., | 1:12-CV-01740-LJO-SKO |
| Plaintiffs, | |
| v. | **ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS** |
| STANISLAUS COUNTY CHILD PROTECTIVE SERVICES, | (Docket Nos. 4, 5) |
| Defendant. | |

By application filed on October 25, 2012, Plaintiffs Stephanie N. Hankins and Gary D. Reed have requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiffs have submitted applications that make the showing required by Section 1915(a).  (Docs. 4, 5.)  Accordingly, the requests to proceed in forma pauperis are GRANTED.

IT IS SO ORDERED.

**Dated:    December 3, 2012**                          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

1